SLR:LM:VL:bsg
2013V

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUMMONS AND WARRANT OF ARREST FOR ARTICLES <u>IN REM</u> |
| Plaintiff, | |
| | Civil Action No. |
| - against - | |

SEVENTY THOUSAND SIXTY-EIGHT
DOLLARS AND ZERO CENTS ($70,068.00)
MORE OR LESS, SEIZED ON OR ABOUT
MARCH 14, 2013, AND ALL PROCEEDS
TRCEABLE THERETO;

and

THIRTY THOUSAND SEVEN HUNDRE4D
AND SIXTYDOLLARS AND ZERO CENTS
($30,760.00) MORE OR LESS, SEIZED ON
OR ABOUT MARCH 14, 2013, AND ALL
PROCEEDS TRCEABLE THERETO

Defendants <u>in rem</u>.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

To: THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATION AND CUSTOMS ENFORCEMENT, HOMELAND
SECURITY INVESTIGATIONS, AND ANY OTHER DULY
AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint <u>In</u> <u>Rem</u> was filed on December 2, 2013 in the

United States District Court for the Eastern District of New York, alleging that currency, as

described below, is subject to seizure and forfeiture to the United States of America, pursuant to 18

U.S.C. §§ 981(a)(1)(C) and 18 U.S.C. § 2323(a):

SEVENTY THOUSAND SIXTY-EIGHT
DOLLARS AND ZERO CENTS ($70,068.00)
MORE OR LESS, SEIZED ON OR ABOUT
MARCH 14, 2013, AND ALL PROCEEDS
TRCEABLE THERETO

And

THIRTY THOUSAND SEVEN HUNDRE4D AND SIXTY
DOLLARS AND ZERO CENTS ($30,760.00)
MORE OR LESS, SEIZED ON OR ABOUT
MARCH 14, 2013, AND ALL PROCEEDS
TRCEABLE THERETO (collectively, the "Forfeited Funds");

WHEREAS, the Court being satisfied that, based on the Verified Complaint <u>In Rem</u>, there is probable cause to believe that the Forfeited Funds are subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 18 U.S.C. § 2323(a), and that grounds for issuance of a Summons and Warrant for Arrest of Articles <u>In Rem</u> exist pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED, that the United States Department of Homeland Security/Immigration and Customs Enforcement and/or Homeland Security Investigations ("ICE"), or any authorized agent(s), duly designated representatives and/or contractors shall maintain custody of the Forfeited Funds until further order of the Court respecting the same, and shall use their discretion and whatever means appropriate to protect and maintain the Forfeited Funds; and

IT IS FURTHER ORDERED that the United States Department of Homeland Security Immigration and Customs Enforcement and/or Homeland Security Investigations, or their authorized agents, representatives and/or contractors shall serve upon all potential claimants

of the Forfeited Funds a copy of this Warrant and the Verified Complaint In Rem in a manner consistent with the principles of service of process of an action in rem under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

　　　　　　IT IS FURTHER ORDERED that a return of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and

　　　　　　IT IS FURTHER ORDERED that all persons claiming an interest in the Forfeited Funds shall file their verified claim and statement of interest under penalty of perjury within thirty-five (35) days after service of the Verified Complaint or, as applicable, no later than 30 days after the final date of publication of notice of the filing of the Verified Complaint, whichever is earlier, or within such additional time as the Court may allow, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims.   In addition, any person having filed such a claim or statement of interest must also file an answer to the complaint no later than twenty-one (21) days after the filing of the statement.   All claims and answers must be filed with the Clerk of the Court, United States District Court for the Eastern District of New York, Long Island Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722, with a copy thereof sent to Asset Forfeiture Paralegal Brian Gappa, United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, Central Islip, New York 11722.

Dated: Central Islip, New York
　　　　December    , 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ARTHUR D. SPATT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE