UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------- x

UNITED STATES OF AMERICA

       Plaintiff,

- against -

REAL PROPERTY AND PREMISES LOCATED
AT 100 LIVE OAKS BLVD., CASSELBERRY,
FLORIDA 32707 AND ALL PROCEEDS
TRACEABLE THERETO and

REAL PROPERTY AND PREMISES LOCATED
AT WEST IRLO BRONSON MEMORIAL
HIGHWAY, KISSIMEMEE, FLORIDA
34747 AND ALL PROCEEDS TRACEABLE
THERETO.

       Defendants.

------------------- x

NOTICE OF PENDENCY

Civil Action
No. 13-6730

( Spatt , J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 02 2013 ★
12/6/13

LONG ISLAND OFFICE

      NOTICE IS HEREBY GIVEN that an action was commenced against the premises and real property known WEST IRLO BRONSON MEMORIAL HIGHWAY, KISSIMEMEE, FLORIDA 34747 upon the filing of a Verified Complaint *in rem* in the above court on or about December 2, 2013, seeking the forfeiture to the United States of real property and premises described below

      The record owner of the instant property is Chen Family Investments.

      A copy of the legal description is attached hereto as Exhibit A.

The real property and premises affected by this action is described as follows:

**WEST IRLO BRONSON MEMORIAL HIGHWAY, KISSIMEMEE, FLORIDA 34747**, more particularly described as in Exhibit A.

**To The Clerk of the County of Osceola, State of Florida:**

You are hereby required to index this notice of pendency against the respective record owner, Chen Family Investments of the above-described premises and real property located at **WEST IRLO BRONSON MEMORIAL HIGHWAY, KISSIMEMEE, FLORIDA 34747**, and against the respective lot on the map of the County and/or Town hereinabove designated.

Dated: Central Islip, New York
       December 2, 2013

                            LORETTA E. LYNCH
                            United States Attorney
                            Eastern district of New York
                            610 Federal Plaza, 5th Fl.,
                            Central Islip, New York 11722

By: _____
     Robert Schumacher
     Assistant U.S. Attorney
     (631) 715-7871

# EXHIBIT A

EXHIBIT "A"

Commencing at the Southwest corner of Section 3, Township 25, South, Range 28 East, Osceola County, Florida, run N 00°39'35" E. along the West line of said Section 3, a distance of 68.00 feet to the North right of way line of State Road 530 (U.S. Highway 192); Thence run N 89°58'13" E. along said North right of way line 2,340.79 feet for a point of beginning at the Southeast corner of the parcel described in Official Records Book 821, Page 1732 through 1742, of the Public Records of Osceola County, Florida; Thence N 00°39'35" E, along the East line of said parcel 345.00 feet to the Northeast corner of said parcel described in Official Records Book 821, Page 1732, through 1742; Thence S 89°58'13" W, along the North line of said parcel 95.00 feet; thence N 00°39'35" E, 138.01 feet; Thence N 89°58'13" E, 285.01 feet; Thence S 00°39'35" W, 483.01 feet to the aforementioned North right of way line of State Road 530; Thence S 89°58'13" W, along said right of way line 190.01 feet to the point of beginning.

_West Irlo Memorial Hwy_