UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        Plaintiff,

- against -

REAL PROPERTY AND PREMISES LOCATED
AT 100 LIVE OAKS BLVD., CASSELBERRY,
FLORIDA 32707 AND ALL PROCEEDS
TRACEABLE THERETO and

REAL PROPERTY AND PREMISES LOCATED
AT WEST IRLO BRONSON MEMORIAL
HIGHWAY, KISSIMEMEE, FLORIDA
34747 AND ALL PROCEEDS TRACEABLE
THERETO.

        Defendants.

- - - - - - - - - - - - - - - - - - x

NOTICE OF PENDENCY

Civil Action
No. 13-6730

( Spatt , J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  DEC 02 2013  ★

LONG ISLAND OFFICE

        NOTICE IS HEREBY GIVEN that an action was commenced against the premises and real property known 100 LIVE OAKS BLVD., CASSELBERRY, FLORIDA 32707 upon the filing of a Verified Complaint *in rem* in the above court on or about December 2, 2013, seeking the forfeiture to the United States of real property and premises described below

        The record owner of the instant property is JCA Investment Property, LLC.

        A copy of the legal description is attached hereto as Exhibit A.

The real property and premises affected by this action is described as follows:

**100 LIVE OAKS BLVD., CASSELBERRY, FLORIDA 32707**

Tax Id: 176-21-30-517-0A01-0000

**To The Clerk of the County of Seminole, State of Florida:**

You are hereby required to index this notice of pendency against the respective record owner, JCA Investment Property, LLC of the above-described premises and real property located at **100 LIVE OAKS BLVD., CASSELBERRY, FLORIDA 32707**, and against the respective lot on the map of the County and/or Town hereinabove designated.

Dated: Central Islip, New York
       December 2, 2013

By: _____

LORETTA E. LYNCH
United States Attorney
Eastern district of New York
610 Federal Plaza, 5th Fl.,
Central Islip, New York 11722

Robert Schumacher
Assistant U.S. Attorney
(631) 715-7871

# EXHIBIT A

**RELIABLE PROPERTY REPORTS**
9801 Legler Rd
Lenexa, KS 66219
PH# 913-381-8588 / Toll free 866-321-4642
FAX # 913-693-9750 / Toll free 866-809-2024

### EXHIBIT A

Legal:

ALL THAT CERTAIN LAND, TOGETHER WITH IMPROVEMENTS, SITUATE IN SEMINOLE COUNTY, FLORIDA, VIZ:

STREET ADDRESS: 100 LIVE OAKS BLVD., CASSELBERRY, FL 32707

LEGAL DESCRIPTION:

THEREOF, AS RECORDED IN PLAT BOOK 18, PAGE 18, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY. FLORIDA.

LESS AND EXCEPT:

THE PROPERTY CONVEYED IN CIVIL ACTION NO.: 2011-CA-3633 RECORDED ON 12/8/2011 AS INTRUMENT # 2011132869 IN BOOK 07678 PAGE 0317.

BEING THE SAME PROPERTY CONVEYED TO J.C.A. INVESTMENT PROPERTY, LLC., A FLORIDA LIMITED LIABILITY COMPANY BY WARRANTY DEED FROM SPIRIT MASTER FUNDING, LLC., A DELAWARE LIMITED LIABILITY COMPANY AS RECORDED 05/26/2009 IN BOOK 7190 AT PAGE 1978 AS DOCUMENT 2009055577.

Commonly Known As: 100 LIVE OAKS BLVD, CASSELBERRY, FL, 32707

TAX ID: 17-21-30-517-0A01-0000

LOT SIZE: N/A
ACREAGE: N/A

*[handwritten] 100 Live Oaks Blvd*